CHAUNCEY STEVENS, Respondent, *v.* OLIVER GLOVER,
Appellant.

For the purposes of a motion to dismiss, an appeal is to be regarded as
pending where notice of appeal was duly served and undertaking given,
and the appellant has not abandoned the appeal.
An order of General Term refusing to open a default is not appealable.

So, also, a judgment of affirmance by default of the General Term is not reviewable here.

(Argued December 7, 1880 ; decided December 21, 1880.)

THESE were motions to dismiss two appeals ; the one from a judgment of General Term, affirming by default a judgment in favor of plaintiff, the other from an order of the General Term, refusing to open the default. *Held,* as above.

*E. Countryman* for motion.

*N. C. Moak* opposed.

*Per curiam* opinion for dismissal of appeals.
All concur.
Appeals dismissed.